1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Reyan PATRICIO ORTIZ, | No. 2:25-cv-06078-MEMF-SP |
|---|---|
| Petitioner, | **ORDER APPROVING JOINT STIPULATION RE: AGREEMENT NOT TO TRANSFER FOR 14 DAYS** |
| v. | |
| Kristi Noem, Secretary of the Department of Homeland Security, et al., | Honorable Sheri Pym<br>United States Magistrate Judge |
| Respondents. | |

For good cause shown, the parties' Joint Stipulation Re: Agreement Not to Transfer for 14 Days is hereby approved. Respondents agree not to transfer Petitioner out of this district for 14 days from the date of the stipulation, or until July 17, 2025. IT IS SO ORDERED.

Dated: July 9, 2025

_____
HONORABLE SHERI PYM
United States Magistrate Judge