UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REYNA PATRICIO ORTIZ,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,<br><br>    Respondents. | No. 2:25-cv-06078-MEMF-SP<br><br>**ORDER APPROVING JOINT STIPULATION RE: AGREEMENT NOT TO TRANSFER FOLLOWING JULY 10, 2025 STATUS CONFERENCE**<br><br>**[NOTE CHANGES MADE BY THE COURT]**<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

1  For good cause shown, the parties' Joint Stipulation Re: Agreement Not to Transfer Following July 10, 2025 Status Conference is hereby approved.  Respondents agree not to transfer Petitioner to another district outside the Central District of California, for at least until Petitioner receives a bond hearing.

In light of this stipulation, the court will continue to refrain from issuing a briefing schedule at this time.  The parties are ordered to immediately notify the court once petitioner receives a bond hearing, or if there are any other material changes to petitioner's circumstances.  Absent any other update on or before July 29, 2025, the parties are ordered to file a further status report on or before July 29, 2025.

IT IS SO ORDERED.

Dated: July 16, 2025

_____
HONORABLE SHERI PYM
United States Magistrate Judge